UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22894-CIV-SEITZ/SIMONTON

DEAN L. SEAVERS,

    Plaintiff,

vs.

GENERAL ELECTRIC COMPANY,

    Defendant

_____/

## ORDER GRANTING MOTION TO INTERVENE

THIS MATTER is before the Court on the Motion to Intervene as Defendant filed by United Technologies Corporation (UTC") [DE-10]. This case involves a dispute over an unpaid retention bonus and severance payments. Plaintiff is the former President and CEO of General Electric Security, a subsidiary of Defendant General Electric Company ("GE"). Plaintiff received part of his retention bonus when GE sold General Electric Security to UTC on March 1, 2010. He was to receive the remaining bonus after working for UTC for twelve months and satisfying certain other conditions. Plaintiff resigned from UTC after seven months, and when GE failed to pay his retention bonus and severance payments, commenced this litigation. UTC has agreed to defend this lawsuit and indemnify GE for the claims for unpaid severance and retention benefits.

The Court need not address intervention as a matter of right because UTC has so easily established grounds for permissive intervention. To intervene under Rule 24(b)(2), a party must show that "(1) [its] application to intervene is timely; and (2) [its] claim or defense and the main action have a question of law or fact in common." *Chiles v. Thornburgh*, 865 F.2d 1197, 1213

(11th Cir. 1989). There can be no doubt the motion is timely - Plaintiff only recently served GE, the Court has not issued a case management Order and the parties have not commenced discovery. Nor is there any doubt that the second factor is satisfied here - UTC essentially occupies the same position as GE in this case such that the law and the facts are not just common but identical for both parties. Permissive intervention is a "wholly discretionary" matter, and this Court will exercise that discretion and grant UTC's motion to intervene. *Purcell v. BankAtlantic Fin. Corp.*, 85 F.3d 1508, 1513 (11th Cir. 1996).

Accordingly, it is

ORDERED that United Technologies Corporation's Motion to Intervene as Defendant [DE-10] is GRANTED.

DONE and ORDERED in Miami, Florida this 5th day of October, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record