UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 11-cv-22894-SEITZ/SIMONTON

DEAN L. SEAVERS,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY

    Defendant,
And

UNITED TECHNOLOGIES CORPORATION,

    Defendant-Intervener.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, DEAN L. SEAVERS, and Defendant, GENERAL ELECTRIC COMPANY, and Defendant-Intervener UNITED TECHNOLOGIES CORP., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Notice of Voluntary Dismissal with Prejudice and stipulate that this action be dismissed with prejudice. The parties shall bear their respective fees and costs in this matter. This dismissal is with prejudice.

Dated: February 9, 2012

Respectfully Submitted,

| | |
|---|---|
| /s/ Joseph L. Raia<br>**Gunster, Yoakley & Stewart, P.A.**<br>Joseph L. Raia, Esq.<br>Florida Bar No. 322083<br>Two South Biscayne Boulevard<br>Suite 3400<br>Miami, Florida 33131<br>Tel: (305)376-6000<br>Fax: (305)376-6010<br><br>/s/ Steven Greenspan<br>**United Technologies Corporation**<br>Steven Greenspan, Esq.<br>United Technologies Building<br>One Financial Plaza<br>Hartford, CT 06103<br><br>*Attorneys for Defendants, General Electric Company and United Technologies Corporation* | /s/ Robert M. Einhorn<br>**Zarco, Einhorn, Salkowski & Brito, P.A.**<br>Robert M. Einhorn, Esq.<br>Florida Bar No. 858188<br>Miami Tower<br>100 S.E. 2nd Street, Suite 2700<br>Miami, FL 33131<br>Tel: (305) 374-5418<br>Fax: (305) 374-5428<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 9, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Robert M. Einhorn

## SERVICE LIST

Joseph L. Raia, Esq.
Gunster Yoakley & Stewart, P.A.
One Biscayne Tower, Suite 3400
Two South Biscayne Boulevard
Miami, FL 33131

Steven Greenspan, Esq.
United Technologies Corporation
United Technologies Building
One Financial Plaza
Hartford, CT 06103