UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22894-CIV-SEITZ/SIMONTON

DEAN L. SEAVERS,

      Plaintiff,

vs.

GENERAL ELECTRIC COMPANY,

      Defendant

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE-31]. Consistent with the Federal Rules, it is

ORDERED THAT:

(1)    Plaintiff's Complaint is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

(2)    All pending motions are DENIED AS MOOT.

(3)    This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 13th day of February, 2012.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All counsel of record